IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 323**

| | |
|---|---|
| KEESHA REYNOLDS, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| UPTOWN DAY SHELTER, INC., | ) |
| Defendant. | ) |

THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Monday, December 18, 2006 at 2:15 p.m.**

IT IS SO ORDERED.

Signed: November 28, 2006

Graham C. Mullen
United States District Judge